IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gwendolyn G. Nelson, ) | |
| ) | C/A No. 1:09-1972-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Michael J. Astrue, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff Gwendolyn G. Nelson brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's claims for benefits under the Social Security Act. See 42 U.S.C. § 405(g). On December 1, 2010, the court remanded the Commissioner's decision pursuant to sentence four of § 405(g) for further administrative proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees filed October 27, 2011. Counsel moves for an order awarding attorney's fees of $13,738.00 under the Social Security Act, 42 U.S.C. § 406(b).[1] On November 10, 2011, the Commissioner filed a response informing the court that he did not oppose Plaintiff's motion for fees. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for fees under 42 U.S.C. § 406(b) be **granted** in

---

[1] By separate order, attorneys' fees have been awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), in the amount of $6,704.00. The lesser of the two fees shall be refunded to Plaintiff.

the amount of $13,738.00.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Chief United States District Judge

January 9, 2012

Columbia, South Carolina